UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOGISTICS INSIGHT
CORPORATION,

       Plaintiff,                  Case No. 04-40162

v.                                  District Judge Paul V. Gadola
                                        Magistrate Judge R. Steven Whalen

JDL TRUCKING, L.L.C.,

       Defendant.
_____/

**ORDER**

      Before the Court are Defendant's motions to amend response to request for admission [Docket #15] and to extend scheduling order [Docket #20], which have been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A). For the reasons stated on the record on September 1, 2005,

      IT IS ORDERED that Defendant's motion to amend response to request for admission [Docket #15] is GRANTED.

      IT IS FURTHER ORDERED that Defendant's motion to extend scheduling order [Docket #20] is GRANTED, and that the scheduling order entered on September 23, 2004 is amended as follows:

     1. Discovery cut-off is extended to October 17, 2005

     2. Amended or supplemental witness lists will be filed by October 1, 2005

    3. The dates for the joint final pretrial conference and trial are adjourned without date.

Counsel will contact Judge Gadola's chambers for new dates.


                                           S/R. Steven Whalen
                                           R. STEVEN WHALEN
                                           UNITED STATES MAGISTRATE JUDGE

Dated:  September 8, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 8, 2005.


                                           S/Gina Wilson
                                           Judicial Assistant